A90A1770. TARVESTAD v. THE STATE.
(413 SE2d 511)

McMURRAY, Presiding Judge.

Our prior judgment in *Tarvestad v. State*, 198 Ga. App. 863 (403 SE2d 446), wherein this Court affirmed the trial court, having been reversed by the Supreme Court of Georgia in *Tarvestad v. State*, 261 Ga. 605 (409 SE2d 513) (1991), our judgment is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Sognier, C. J., Birdsong, P. J., Carley, P. J.,*

*Pope, Beasley, Cooper, Andrews, JJ., and Judge Arnold Shulman concur.*

DECIDED NOVEMBER 25, 1991.

*Billy L. Spruell*, for appellant.
*Thomas C. Lawler III, District Attorney, Terry L. Lloyd, Allyson Fritz, Assistant District Attorneys*, for appellee.